UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CLARK COUNTY, WASHINGTON,** *et al.,* | )<br>)<br>) |
| *Plaintiffs*, | )<br>) |
| v. | ) **Case No. 1:11-cv-00278-RWR**<br>) Judge Richard W. Roberts<br>) |
| **UNITED STATES DEPARTMENT OF THE INTERIOR,** *et al.* | )<br>)<br>) |
| *Defendants,* | )<br>) |
| and | )<br>) |
| **COWLITZ INDIAN TRIBE,** | )<br>) |
| *Defendant-Intervenor.* | ) |

**Notice of Filing of a Certified Copy of the Administrative Record of the United States Department of the Interior**

Please take Notice that a Certified Copy of the Administrative Record supporting the Assistant Secretary – Indian Affairs' decision to acquire 151.87 acres of land into trust for the Cowlitz Indian Tribe of Washington and to issue a Reservation Proclamation establishing an initial reservation for the Cowlitz Tribe is being filed with the Court on February 15, 2012, along with the declaration of Douglas W. Wolf.

Pursuant to Local Rule 5.4(e), a Certified Copy of the Administrative Record will not be filed on the CM/ECF system. The Certified Copy of the Administrative Record, along with the index, is in electronic form only on CD and is being maintained in the case file in the Clerk's Office. The Administrative Record in the above-captioned case is identical to the record in the

related case, Confederated Tribes of the Grand Ronde Community v. Salazar, Case No. 11-cv-00284-RWR (D.D.C.).

A Certified Copy of the Administrative Record on CD was produced to Plaintiffs' counsel and the Intervenor-Defendant's counsel in both cases on February 15, 2012.

Dated: February 15, 2012

Respectfully submitted,

IGNACIA S. MORENO
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources
   Division

/s/ Gina L. Allery
GINA L. ALLERY
(D.C. Bar No. 485903)
Trial Attorney
Indian Resources Section
KRISTOFOR R. SWANSON
(Colo. Bar #39378)
Trial Attorney
Natural Resources Section
United States Department of Justice
Environment and Natural Resources
   Division
P.O. Box 7611
Ben Franklin Station
Washington, D.C.  20044-7611
(202) 305-0261
(202) 305-0248
Gina.allery@usdoj.gov
Kristofor.swanson@usdoj.gov

OF COUNSEL:
Douglas Wolf
Attorney-Advisor
United States Department of the Interior

Melissa Schlichting
Senior Attorney
National Indian Gaming Commission