UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLARK COUNTY, WASHINGTON, *et al.*, )<br>)<br>*Plaintiffs*, )<br>)<br>)<br>v. )<br>)<br>)<br>UNITED STATES DEPARTMENT OF THE )<br>INTERIOR, *et al.* )<br>)<br>*Defendants*, )<br>)<br>and )<br>)<br>COWLITZ INDIAN TRIBE, )<br>)<br>*Defendant-Intervenor.* )<br>)<br>_____ ) | Case No. 1:11-cv-00278-RWR<br>Judge Richard W. Roberts<br><br>Declaration of Douglas W. Wolf |

I, Douglas W. Wolf declare:

1. I am an Attorney-Advisor in the Division of Indian Affairs for the Office of the Solicitor, Department of the Interior.

2. On December 17, 2010, the Assistant Secretary – Indian Affairs issued notice of the final agency decision to acquire 151.87 acres of land into trust for the Cowlitz Indian Tribe of Washington (Cowlitz Tribe) and to issue a Reservation Proclamation establishing an initial reservation for the Cowlitz Tribe.

3. I certify that to the best of my knowledge, the documents filed with the Court in the above-captioned action and in the related case of *Confederated Tribes of the Grand Ronde Community v. Salazar*, Case No. 11-cv-00284-RWR (D.D.C.), and served on counsel of record

constitute a true, correct and complete copy of the administrative record of the decision to approve the trust acquisition and reservation proclamation for the Cowlitz Tribe. To the best of my knowledge, these documents were considered by the decision maker in connection with the agency action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 14, 2012.

Douglas W. Wolf
Attorney-Advisor
Division of Indian Affairs
Office of the Solicitor
Department of the Interior
1849 C St. N.W.
Washington, D.C. 20240