UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CLARK COUNTY, WASHINGTON,** *et al.,* | ) |
| | ) |
| *Plaintiffs,* | ) |
| | ) |
| | ) **Case No. 1:11-cv-00278-RWR** |
| v. | ) Judge Richard W. Roberts |
| | ) |
| **UNITED STATES DEPARTMENT OF THE INTERIOR,** *et al.* | ) |
| | ) |
| *Defendants,* | ) |
| | ) |
| and | ) |
| | ) |
| **COWLITZ INDIAN TRIBE,** | ) |
| | ) |
| *Defendant-Intervenor.* | ) |

**Notice of Filing of Supplemental Administrative Record Documents by the United States Department of the Interior**

Please take Notice that a copy of the supplemental Administrative Record documents supporting the Assistant Secretary – Indian Affairs' decision to acquire 151.87 acres of land into trust for the Cowlitz Indian Tribe of Washington and to issue a Reservation Proclamation establishing an initial reservation for the Cowlitz Tribe were filed with the Court on May 2, 2012, along with the declaration of Douglas W. Wolf.

Pursuant to Local Rule 5.4(e), a copy of the supplemental Administrative Record documents will not be filed on the CM/ECF system. The supplemental documents, along with the index, are in electronic form only on CD and are being maintained in the case file in the Clerk's Office. The Administrative Record in the above-captioned case is identical to the record

1

in the related case, <u>Confederated Tribes of the Grand Ronde Community v. Salazar</u>, Case No. 11-cv-00284-RWR (D.D.C.), and therefore, the supplemental documents are being filed on both dockets.

A copy of the supplemental Administrative Record documents on CD was produced to Plaintiffs' counsel and the Intervenor-Defendant's counsel in both cases on April 27, 2012.

Dated: May 2, 2012                                                      Respectfully submitted,

                                                                        IGNACIA S. MORENO
                                                                        <u>Assistant Attorney General</u>
                                                                        United States Department of Justice
                                                                        Environment and Natural Resources
                                                                             Division

                                                                        <u>/s/ Gina L. Allery</u>
                                                                        GINA L. ALLERY
                                                                        (D.C. Bar No. 485903)
                                                                        Trial Attorney
                                                                        Indian Resources Section
                                                                        KRISTOFOR R. SWANSON
                                                                        (Colo. Bar #39378)
                                                                        Trial Attorney
                                                                        Natural Resources Section
                                                                        United States Department of Justice
                                                                        Environment and Natural Resources
                                                                             Division
                                                                        P.O. Box 7611
                                                                        Ben Franklin Station
                                                                        Washington, D.C.  20044-7611
                                                                        (202) 305-0261
                                                                        (202) 305-0248
                                                                        Gina.allery@usdoj.gov
<u>OF COUNSEL</u>:                                                        Kristofor.swanson@usdoj.gov
Douglas Wolf
Attorney-Advisor
United States Department of the Interior