# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CLARK COUNTY, WASHINGTON,** *et al.,* ) | |
| ) | |
| *Plaintiffs,* ) | |
| ) | |
| ) | **Case No. 1:11-cv-00278-RWR** |
| v. ) | Judge Richard W. Roberts |
| ) | |
| ) | |
| **UNITED STATES DEPARTMENT OF THE** ) | |
| **INTERIOR,** *et al.* ) | **Declaration of Douglas W. Wolf** |
| ) | |
| *Defendants,* ) | |
| ) | |
| and ) | |
| ) | |
| **COWLITZ INDIAN TRIBE,** ) | |
| ) | |
| *Defendant-Intervenor.* ) | |
| ) | |

I, Douglas W. Wolf declare:

  1. I am an Attorney-Advisor in the Division of Indian Affairs for the Office of the Solicitor, Department of the Interior.

  2. On December 17, 2010, the Assistant Secretary – Indian Affairs issued notice of the final agency decision to acquire 151.87 acres of land into trust for the Cowlitz Indian Tribe of Washington (Cowlitz Tribe) and to issue a Reservation Proclamation establishing an initial reservation for the Cowlitz Tribe.

  3. I certify that to the best of my knowledge, the supplemental documents filed with the Court in the above-captioned action and in the related case of *Confederated Tribes of the Grand Ronde Community v. Salazar*, Case No. 11-cv-00284-RWR (D.D.C.), and served on


counsel of record, together with the documents filed with the Court on February 15, 2012, constitute the administrative record for the decision to approve the trust acquisition and reservation proclamation for the Cowlitz Tribe.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 2, 2012.

_____
Douglas W. Wolf
Attorney-Advisor
Division of Indian Affairs
Office of the Solicitor
Department of the Interior
1849 C St. N.W.
Washington, D.C. 20240